opinion filed November 3, 1948; rehearing denied January 4, 1949; released for publication January 5, 1949. Morris A. Haft, for appellant; Adolph Allen Rubinson, for appellee. Opinion by JUSTICE KILEY. Not to be published in full.

William C. Irwin and Anne I. Irwin, Appellees, v. Jacob A. Kreutzer and 1800 North Francisco Corporation, Appellants.

Gen. No. 44,477.

opinion filed December 13, 1948; released for publication December 27, 1948. Hubbard, Baker & Rice, for appellants; Alvin G. Hubbard and Reese Hubbard, of counsel; McCarthy, Witry, Lyon & McCarthy, for appellees; George R. Lyon and Daniel J. McCarthy, of counsel. Opinion by PRESIDING JUSTICE FEINBERG. Not to be published in full.